WHITEFORD, TAYLOR & PRESTON LLP
220 White Plains Road, Second Floor
Tarrytown, NY 10591
(914) 761-8400
klewis@wtplaw.com
Kenneth M. Lewis

*Attorneys for The Galinn Fund LLC,*
 *George W. Galgano and David Linn*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| Mark J. Mariani, ) | |
| ) | Case No. 21-22123-rdd |
| Debtor. ) | |
| ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure, Whiteford, Taylor & Preston LLP hereby appears as attorneys for The Galinn Fund LLC, George W. Galgano and David Linn (collectively, "Galinn") and hereby requests that copies of all notices and pleadings given or filed in this case, or required to be given or filed in this case, be given and served upon it at the following address:

> Kenneth M. Lewis, Esq.
> Whiteford, Taylor & Preston LLP
> 220 White Plains Road, Second Floor
> Tarrytown, NY 10591
> (914) 761-8400
> klewis@wtplaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, hearing date, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail,

delivery, telephone, telegraph, telex, email or otherwise filed or given with regard to the referenced case and the proceedings herein.

Neither this Notice of Appearance nor any other appearance, pleading, filing, claim, or suit is intended or shall be deemed or construed to be (i) a consent to the jurisdiction of this Court or any other court with respect to any actions or proceedings against or otherwise involving Galinn, or (ii) a waiver of Galinn's (a) right to have final orders entered only after de novo review by a district judge; (b) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (c) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (d) right to enforce any contractual provision with respect to arbitration; or (e) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: Tarrytown, New York
      March 11, 2021

                                      WHITEFORD, TAYLOR & PRESTON LLP

                                      By: */s/ Kenneth M. Lewis*
                                           Kenneth M. Lewis

                                      220 White Plains Road, Second Floor
                                      Tarrytown, NY 10591
                                      (914) 761-8400
                                      klewis@wtplaw.com

                                      *Attorneys for The Galinn Fund LLC,*
                                       *George W. Galgano and David Linn*