UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                         Chapter 7

MARK J. MARIANI,                                              Case No. 21-22123 (RDD)

         Debtor.
------------------------------------------------------------x

### STIPULATION AND ORDER EXTENDING TIME TO OBJECT
### TO THE DEBTOR'S DISCHARGE TO JANUARY 28, 2022

**WHEREAS**, on February 26, 2021 ("Petition Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 7 of Title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court"); and

**WHEREAS**, Mark S. Tulis, Esq., was appointed the Chapter 7 Trustee (the "Trustee") of the Debtor's estate; and has since qualified as, and is, permanent Trustee in this matter; and

**WHEREAS**, pursuant to the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines dated February 26, 2021, June 7, 2021 was fixed as the last day to file a complaint objecting to the discharge of the Debtor; and

**WHEREAS**, the Debtor, through counsel, agreed to further extend the Trustee's deadline to object to the Debtor's discharge to November 29, 2021 by stipulation which was so Ordered by this Court on September 21, 2021 (Doc. No. 24); and

**WHEREAS**, the Debtor's initial § 341 Meeting of Creditors was held on April 6, 2021; and

**WHEREAS**, a continued Meeting of Creditors was conducted on September 14, 2021, at which time the Trustee requested the production of additional documents and information from the Debtor; and

**WHEREAS**, the Trustee's investigation of the Debtor's financial affairs is ongoing; and

**WHEREAS**, the Parties, after discussions, hereby agree to extend the Trustee's deadline to object to the Debtor's discharge.

**NOW THEREFORE it is stipulated and agreed by and between the undersigned that:**

1.      The Trustee's time to object to the Debtor's discharge pursuant to 11 U.S.C. § 727 is extended up to and including January 28, 2022, without prejudice to the Trustee's right to seek a further extension or extensions of such time.

2.      The Trustee may make further applications for extension of time to object to the Debtor's discharge beyond this date as the circumstances may warrant, provided that such Application is made on or before January 28, 2022.

3.      This stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument, and facsimile signatures herein shall be deemed to be original signatures.

4.      The parties hereto consent to the entry of the stipulation as an order in this proceeding.

Dated:  Wantagh, New York       **LAMONICA HERBST & MANISCALCO, LLP**
       November 23, 2021       *Counsel for Mark S. Tulis, Esq., solely in his capacity as*
       *Chapter 7 Trustee of Mark J. Mariani*

       By:  */s/ David A. Blansky*
       David A. Blansky, Esq.
       3305 Jerusalem Avenue, Suite 201
       Wantagh New York 11793
       Tel. 516.826.6500

Dated:  Bridgeport, Connecticut       **ZEISLER & ZEISLER**
       November 23, 2021       *Counsel for the Debtor*

       By:  */s/ James Berman*
       James Berman, Esq.
       10 Middle Street, 15th Floor
       Bridgeport, Connecticut 06604
       Tel. 203.368.5480

SO ORDERED
Dated:  White Plains, New York       */s/Robert D. Drain*
       November 23, 2021       Honorable Robert D. Drain
       United States Bankruptcy Judge